| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>CAMERON L. DESMOND<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**SEALED**

**FILED**

MAR 16 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

A. The residence located at **2039 Tennessee St, Vallejo, California;**

B. The person of **Joseph Gage McCready TOMSON,** DOB: **-**-1990, California Driver's License #****5212;

C. Cellular telephones assigned call numbers **(707) 980-8104** and **510-478-4899** used by **Joseph Gage McCready TOMSON,** and any cellular telephone located on his person or under his control; and

D. **Blue 2004 Toyota Prius with License Plate CA 5JHS181**

CASE NO. **2:20-SW 0249 — DB**

SEALING ORDER

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 3-16-20

_____
Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

SEALING ORDER