McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>A. The residence located at **2039 Tennessee St, Vallejo, California;**<br><br>B. The person of **Joseph Gage McCready TOMSON,** DOB: \*\*-\*\*-1990, California Driver's License #\*\*\*\*5212;<br><br>C. Cellular telephones assigned call numbers **(707) 980-8104** and **510-478-4899** used by **Joseph Gage McCready TOMSON**, and any cellular telephone located on his person or under his control; and<br><br>D. **Blue 2004 Toyota Prius with License Plate CA 5JHS181** | CASE NO: 2:20-SW-0249 DB<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: March 31, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANT AND
SEARCH WARRANT AFFIDAVIT

1